# IN THE SUPREME COURT OF THE STATE OF NEVADA

OSCAR PEREZ-MARQUEZ,
Appellant,

vs.

THE STATE OF NEVADA; THE STATE OF NEVADA DEPARTMENT OF CORRECTIONS; JAMES DZURENDA; AND BRIAN E. WILLIAMS, SR.,
Respondents.

No. 73417

**FILED**

JUL 31 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on March 7, 2017. The district court served notice of entry of that order on appellant on March 13, 2017. Appellant did not file the notice of appeal, however, until June 28, 2017, well after the expiration of the thirty-day appeal period prescribed by NRS 34.575. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

17-25237

cc:     Hon. Linda Marie Bell, District Judge
        Oscar Perez-Marquez
        Attorney General/Carson City
        Attorney General/Las Vegas
        Eighth District Court Clerk